**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 15-6514-JFW (PLAx)**                            Date: September 24, 2015

Title:     Don Stevens -v- Metrocities Mortgage, LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

　　　　In Defendant Black Night Portfolio Solutions, Inc.'s Motion to Dismiss Plaintiff's Complaint, filed September 23, 2015 (Docket No. 11), counsel represents that Plaintiff failed to respond to Defendant's efforts to comply with Local Rule 7-3.  Accordingly, Plaintiff, Don Stevens, is ordered to show cause, in writing, by **September 28, 2015** why the Court should not impose sanctions in the amount of $750.00 against Plaintiff Don Stevens or dismiss this action for his failure to comply with Local Rule 7-3 and paragraph 5(b) of the Court's Standing Order filed August 27, 2015.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

　　　　IT IS SO ORDERED.